Robert E. BERGHAUS,
Petitioner/Appellant,

v.

Janette M. LOHMAN, Missouri Director
of Revenue, Respondent/Respondent.

No. 69711.

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 3, 1996.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Oct. 17, 1996.

Lester W. Duggan, St. Charles, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., James A. Chenault, III, Sp. Asst. Atty. Gen., Mo. Dept. of Revenue, Jefferson City, for respondent.

Before DOWD, P.J., and REINHARD and GAERTNER, JJ.

**ORDER**

PER CURIAM.

Petitioner appeals the judgment of the trial court denying an administrative D.W.I. trial de novo for reinstatement of his driver's license after revocation by the Director. Petitioner alleges the trial court erred when it received three exhibits into evidence, in denying his motion for judgment, and in denying his motion to open and amend judgment. An extended opinion would have no precedential value. The judgment of the trial court is affirmed pursuant to Rule 84.16(b).